COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER TO PROVIDE INFORMATION
ON COUNSEL ON APPEAL**

Appellate case name:      BROWSERWEB MEDIA AGENCY v.
MAXUS ENERGY CORPORATION

Appellate case number:    01-14-01028-CV

Trial court case number:    2014-63727; In the 11th District Court of Harris County, Texas

Generally, a corporation, partnership, or other fictional legal person may be represented only by a licensed attorney. *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996). Therefore, a notice of appeal filed by a corporate representative that is not a licensed attorney has no effect. *Premier Assocs. v. Louetta Shopping Ctr.*, No. 01-12-00369, 2012 WL 4243802, at *1 (Tex. App.—Houston [1st Dist.] Sept. 20, 2012, no pet.) (mem. op.); *Globe Leasing, Inc. v. Engine Supply & Mach. Serv.*, 437 S.W.2d 43, 45 (Tex. Civ. App.—Houston [1st Dist.] 1969, no writ); *Stallion Auto Sales Inc. v. Harrison*, No. 05-13-00937-CV, 2013 WL 5762875, at *1 (Tex. App.—Dallas Oct. 22, 2013, no pet.); *Simmons, Jannace & Stagg, L.L.P. v. Buzbee Law Firm*, 324 S.W.3d 833, 833 (Tex. App.—Houston [14th Dist.] 2010, no pet.)

Accordingly, no timely notice of appeal has been filed on behalf of Browserweb Media Agency. See TEX. R. APP. P. 26.1 (requiring notice of appeal to be filed within thirty days after the judgment is signed). This court may dismiss the purported appeal on behalf of Browserweb Media Agency for want of jurisdiction unless it files a written response to this notice. The response must, at a minimum, provide this court with the name, address, and Texas State Bar number of its counsel in this appeal or provide this court another reason why it is not required to be represented by counsel within **10 days of the date of this order**.

Harvey Brown
Justice Acting Individually

Date:   November 19, 2015